In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the BOND AND MORTGAGE GUARANTEE COMPANY. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises 501 Lefferts Avenue, Borough of Brooklyn, City of New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY, Guarantee No. 181, 515. ESTELLE V. BLOCH, Appellant.— Motion to resettle order of April 18, 1935, granted. Order signed. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ. [See *ante*, p. 747.]

In the Matter of the Application of JAMES M. TIETJEN, Petitioner, for a Prohibition Order against Hon. GEORGE A. WINGATE, Individually and as Surrogate of Kings County, and the SURROGATE'S COURT OF KINGS COUNTY, Respondents.— Motion for an alternative order of prohibition directed to the surrogate of the county of Kings and commanding him to refrain from proceeding further with respect to the vacating of an order confirming an adoption denied in the exercise of discretion. Should the surrogate's decision be adverse to the moving party, he can bring the question up on an abridged record, as pointed out in *Capone* v. *Matteo Realty Corporation* (241 App. Div. 845). Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

LOUIS E. MCTIGHE, Appellant, v. EARLE S. MACNEILL and Another, Respondents.— Motion for resettlement of order denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

THE NATIONAL CITY BANK OF NEW YORK, Respondent, v. AUDLEY CLARKE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.; Carswell, J., not voting.

In the Matter of the Application of HENRY HIRSCHBERG, District Attorney of Orange County, Petitioner, for a Prohibition Order against the SUPREME COURT OF THE STATE OF NEW YORK, Hon. RAYMOND E. ALDRICH, Individually and as Justice of the Supreme Court, and Others, Respondents.— Motion for a final order of prohibition granted. As stated in the decision of this court handed down on April 15, 1935 [*ante*, p. 735], the Supreme Court is without power to direct an inspection of the grand jury minutes while the case is pending in the County Court. (*People* v. *Salamone*, 221 App. Div. 758.) Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ. Settle order on notice.

MARCIA WITTENBERG, Respondent, v. WILLIAM WITTENBERG, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ

JOHN CESTONE, JR., as Administrator, etc., of VERONICA CESTONE, Deceased, Respondent, v. Z. N. ZLINKOFF, Appellant. JOHN CESTONE, JR., as Administrator, etc., of VERONICA CESTONE, Deceased, Respondent, v. JOSEPH HARKAVY, M. D., Appellant.—Appeal withdrawn pursuant to stipulation. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.